USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 7/22/26

THE LEGAL AID SOCIETY CIVIL

Immigration Law Unit
49 Thomas St., 5th Floor
New York, NY 10013
www.legal-aid.org

**Direct Dial:646-983-9822**
**Email :ewilliams@legal-aid.org**

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*

Adriene Holder
*Attorney-in-Charge*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

July 22, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007

Re: *A.A.O.S. v. Genalo*, No. 26 Civ. 05826 (ALC)

Dear Judge Carter:

Undersigned counsel represents Petitioner, A.A.O.S., in the above-captioned habeas proceeding. On July 10, 2026, A.A.O.S. filed a motion for leave to proceed using initials, to redact certain other identifying information, and for medical records to be filed under seal. ECF No. 7. Respondents consented to the motion. On the same day, the Court granted the request. ECF 10.

At the time of filing the Petition for Writ of Habeas Corpus, A.A.O.S. included a document at Exhibit F, which is a declaration of Kate Sugarman, M.D., that details A.A.O.S.'s medical conditions and gaps in care. ECF 03-6.

Accordingly, Petitioner respectfully requests that the Court seal ECF No. 03-6 in accordance with the July 10, 2026 Order. ECF 10.

SO ORDERED:
Andrew L Carter Jr
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/22/26

Petitioner's motion to seal is granted. The Clerk of Court is respectfully directed to terminate ECF No. 18.

Respectfully submitted,

/s/ *Elyssa N. Williams*
Elyssa N. Williams
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas St., 5th floor
New York, NY 10013
Tel: 646-983-9822
ewilliams@legal-aid.org

*Counsel for Petitioner*

cc: Counsel of Record (via ECF)