UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.A.O.S.

                    Petitioner,                    26-CV-5826 ( ALC )

        against-                                   ORDER

GENALO ET AL   Respondents

ANDREW L. CARTER, JR., United States District Judge:

    Following up from the July 22, 2026 conference, IT IS ORDERED that: (1) Judgment be entered granting the Petition; (2) a writ of habeas corpus be issued requiring Respondents to immediately release Petitioner, subject to any conditions from before he was detained in June 2025, and preventing Petitioner's re-detention unless Respondents comply with Section 1226(a); and (3) Respondents shall file a status report by 12 pm on July 23, 2026 confirming the Petitioner's release.

    The Clerk of Court is also respectfully directed to terminate this case.

            SO ORDERED.

    Dated:    7/22/26                        ANDREW L. CARTER, JR.
        New York, New York                  United States District Judge