**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

A.A.O.S.,

Petitioner,

26 **CIVIL** 5826 (ALC)

-against-

**JUDGMENT**

GENALO, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 22, 2026, Petition for writ of habeas corpus is GRANTED. Respondents are hereby ORDERED to immediately release Petitioner from custody; accordingly, the case is closed.

**DATED:** New York, New York
July 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**